WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| FIDELITY NATIONAL FINANCIAL, INC., a Delaware corporation, and FIDELITY EXPRESS NETWORK, INC., a California corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>COLIN H. FRIEDMAN, individually and as trustee of the Friedman Family Trust UDT, dated July 23, 1987; HEDY KRAMER FRIEDMAN, individually and as trustee of the Friedman Family Trust UDT, dated July 23, 1987; FARID MESHKATAI, an individual; and ANITA KRAMER MESHKATAI, individually and as trustee of the Anita Kramer Living Trust, dated July 23, 1987,<br><br>　　　　　　　Defendants. | Case No. 2:11-mc-00072-RCB<br><br>[Assigned to Hon. Robert C. Broomfield]<br><br>**ORDER GRANTING APPLICATION FOR WITHDRAWAL OF COUNSEL WITH CONSENT OF CLIENT** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:**

　　　Based upon the Application filed by Farid Meshkatai and Anita Meshkatai for Withdrawal of Counsel with Consent of Client, and good cause appearing, the Court FINDS AND ORDERS AS FOLLOWS:

　　　1.　　David M. Bass and Janine F. Cohen of David M. Bass & Associates, Inc. are relieved as counsel of record for Farid and Anita Meshkatai; and

　　　2.　　Farid Meshkatai and Anita Meshkatai are substituted in on a *pro se* basis.

　　　DATED this 17th day of April, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
Robert C. Broomfield
Senior United States District Judge